MN-305

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

#190213
Rec 5-12-10

In RE:

MILLER, DANIEL,

Case No. 04-60106
Chapter 7

Debtor(s).

**UNCLAIMED DIVIDENDS/DISTRIBUTION LESS
THAN $5.00 FOR DEPOSIT TO REGISTRY FUND**

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| RED POWER INTERNATIONAL<br>PO BOX 435<br>CROOKSTON, MN 56716 | 19 | 37.21 | 2.48 |
| CROSS COUNTRY COURIER<br>1841 HANCOCK DRIVE, PO BOX 4030<br>BISMARK, ND 58502 | 43 | 58.30 | 3.88 |
| FARM SERVICE AGENCY<br>MINNESOTA STATE FSA OFFICE, 375 JACKSON ST STE 400<br>ST PAUL, MN 55101 | 63 | 1.00 | 1.00 |

Date:   May 11, 2010

/e/ DAVID G. VELDE
DAVID G. VELDE, Trustee

RECEIVED 10 MAY 12 AM 9:40 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN